FILED
in the Middle District of
North Carolina
12/28/2022
2:56
Clerk, US District Court
By: LJG

## CHARGES:

**Charge No. 1 - Use of Dangerous and Habit Forming Drugs.** The releasee submitted urine specimens which tested positive for: Marijuana on 01/05/2021, 03/03/2021, 04/06/2021, 05/19/2021, 04/08/2022, 06/10/2022, 07/08/2022 and 08/12/2022; Cocaine on 12/03/2021; Methamphetamine on 02/24/2022, 06/10/2022, 07/08/2022 and 08/12/2022. This charge is based on the information contained in the violation report dated 09/23/2022 from United States Probation Officer Specialist Michael Beck.
I ADMIT [ ] or DENY [ ] this charge.

**Charge No. 2 - Violation of Special Condition (Mental Health Aftercare Condition).** On 04/27/2022, the releasee failed to report to Genesis for his assessment; he was terminated from the program. This charge is based on the information contained in the violation report dated 09/23/2022 from United States Probation Officer Specialist Michael Beck.
I ADMIT [ ] or DENY [ ] this charge.

**Charge No. 3 - Violation of Special Condition (Drug & Alcohol Aftercare).** On 08/27/2022, the releasee voluntarily left the Daymark Inpatient Treatment Facility. However, the counselor reported to the USPO that the releasee would have been unsuccessfully discharged for exposing himself to another client during class on 08/27/2022. This charge is based on the information contained in the violation report dated 09/23/2022 from supervising officer Michael Beck.
I ADMIT [ ] or DENY [ ] this charge.

**Charge No. 4 - Failure to Report for Supervision.** The releasee failed to report to his United States Probation Officer when he left the Daymark-Inpatient Treatment Facility and has not contacted his USPO since August 18, 2022; his current whereabouts are unknown. This charge is based on the information contained in the violation report dated 09/23/2022 from supervising officer Michael Beck.
I ADMIT [ ] or DENY [ ] this charge.

**Preliminary Interview Needed**                **Warrant Recommended By:**


**Tarsha Jones, Case Analyst**
**U.S. Parole Commission**

Community Supervision Office Requesting Warrant: Middle District of North Carolina Probation Office

WHITFIELD, ANTOINE Reg. No. 43516-007 DCDC No. 320-197

WARRANT For Return Of Prisoner Released To Supervision
Name: WHITFIELD, ANTOINE          Institution: Hazelton FCI
Reg. No. 43516-007                 DCDC No. 320-197

UNITED STATES MARSHAL'S RETURN TO UNITED STATES PAROLE COMMISSION

NOTE: Do not execute this warrant if the subject is being held in custody on other federal, state or local charges, unless otherwise ordered by the Commission. (See instructions on accompanying memorandum.)

_____MIDDLE_____ District of _____NORTH CAROLINA_____ ss:
Received this writ the __27th__ day of __SEPTEMBER__, 20__22__, and executed same by arresting the within-named __ANTOINE WHITFIELD__ this __20th__ day of __DECEMBER__, 20__22__, at __GREENSBORO, NC__ and committing him to __GUILFORD COUNTY DETENTION CENTER__

_____S. GLADDEN_____
U.S. Marshal

_____C.R. Billiter_____
Deputy Marshal

Further executed same by committing him to _____ at _____ on _____, 20_____, the institution designated by the Attorney General, with the copy of the warrant and warrant application.

_____
U.S. Marshal

_____
Deputy Marshal

NOTE: The original of this warrant is to be returned to the U.S. Parole Commission, 90 K Street, N.E., 3rd Floor, Washington, D.C. 20530.

**ACKNOWLEDGEMENT OF SERVICE:**
I have received a copy of the warrant application dated __9-27-22__

Prisoner's Signature __Antoine Whitfield__     Date __12-20-22__
(If prisoner refuses to sign, Marshal should so indicate.)

WHITFIELD, ANTOINE Reg. No. 43516-007 DCDC No. 320-197

# WARRANT
## D.C. Code Offender

U.S. Department of Justice
United States Parole Commission

To the U.S. Marshal or Any Federal or District of Columbia Officer Authorized to Serve Criminal Process Within the United States:

WHEREAS, WHITFIELD, ANTOINE, Reg. No. 43516-007, DCDC No. 320-197, was sentenced to a term of supervised release by the Superior Court of the District of Columbia or the United States District Court for the crime of Unauthorized Use of a Vehicle & Second Degree Burglary and began serving that term of supervised release on 07/21/2020;

AND, WHEREAS, reliable information has been presented to the undersigned Member of this Commission that said released prisoner named in this warrant has violated one or more conditions of his release;

NOW, THEREFORE, this is to command you by the authority of §§24-205, 24-131, and 24-133 of the District of Columbia Code, to execute this warrant by taking the above-named, wherever found in the United States, and hold him in your custody either until he is released by order of the Parole Commission, or until you are authorized to transport him for further custody.

**PATRICIA CUSHWA**
Digitally signed by PATRICIA CUSHWA
Date: 2022.09.28 10:48:24 -04'00'

U.S. Parole Commissioner

WHITFIELD, ANTOINE Reg. No. 43516-007 DCDC No. 320-197